**FILED**

10/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0462

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 20-0462

ROBERT EDWARD WALDEN and
SYLVAN WALDEN,

       Plaintiffs/Appellees,

vs.

YELLOWSTONE ELECTRIC CO. and
THOMAS C. NEWELL,

       Defendants/Appellants,

---

## ORDER GRANTING APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME OF 30 DAYS TO FILE OPENING BRIEF

---

Upon consideration of Appellants' Unopposed Motion for Extension of Time of 30 Days to File Opening Brief and there being no objection, Appellants are granted an extension of time of 30 days to file and serve their Opening Brief on or before November 30, 2020.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 29 2020